-----------------------------------X

Rickey

v

Principi

-----------------------------------X

STIPULATION OF SETTLEMENT
3 CV 3541

It is hereby stipulated by and between Counsel that this action is settled. for $2000, including attorneys' fees.

Therefore, it is ordered by the Court that this action is discontinued without costs and without prejudice to the right to reopen the action if settlement is not consummated.

DATED: 11/15/05

_____
Counsel for Plaintiff

_____
Counsel for Defendant

_____  11/15/05
SO ORDERED:
U.S. DISTRICT JUDGE